IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALICE RETES | : |
| | : CIVIL ACTION NO. 02-CV-3888 |
|         Plaintiff, | : |
| | : |
| v. | : |
| | : |
| BAYER CORPORATION; | : ENTRY OF APPEARANCE |
| BAYER AG; | : |
| GLAXOSMITHKLINE, PLC; | : |
| GLAXOSMITHKLINE; | : |
| SMITHKLINE BEECHAM | : |
| | : |
|         Defendants. | : |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant SmithKline Beecham Corporation d/b/a GlaxoSmithKline.

Respectfully Submitted,

_____      _____
Hope S. Freiwald                              Aline Fairweather

_____      _____
Erin Brennan                                    Kirstin J. Miller

                                                DECHERT PRICE & RHOADS
                                                4000 Bell Atlantic Tower
                                                1717 Arch Street
                                                Philadelphia, PA  19103-2793
                                                (215) 994-4000